MART GARSHAG, Respondent, v. LOUIS GOLDMAN and Another, Appellants.— Motion granted and appeal dismissed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUTGER B. WARDER, Impleaded, etc., and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

CARL E. MANDEL, Appellant, v. DAILY TRADE RECORD COMPANY OF NEW YORK, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

HELEN BUSCHALEWSKI, as Administratrix, etc., of BRONISLAW BUCHALEWSKI, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent. — Appeal dismissed, without costs, upon stipulation filed.

EDWIN GAFFEY, Respondent, v. THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

FRANCES G. MYERS, Appellant, v. STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK v. F. RONALD PEART.— Motion dismissed.

HARRY L. ALLEN, as Trustee in Bankruptcy of the AMERICAN RAILWAY BROTHERHOOD ASSN., INC., Appellant, v. FRED L. BRAYMAN, Respondent, and Other Actions.— Motion for stay denied, with ten dollars costs in one case.

WYLLYS E. PETTIT, Appellant, v. DANIEL A. ROUSE, Respondent.— Motion granted on condition that counsel for the sureties file and serve their brief on or before the 14th day of March, 1923, and that the appellant be ready for argument when case is reached in its regular order after said date.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. JAMES E. BISSELL and Others, as Assessors of the Town of Bergen, Respondents.— Motion granted and appeal dismissed, with ten dollars costs.

HELEN VALERIUS, Appellant, v. CHESTER J. BECKWITH, Respondent.— The motion to correct record granted, with ten dollars costs to be offset against plaintiff's costs in the action. The record before this court does not comply with the provisions of rule 234.* All papers not specified in the order should be stricken from the record on appeal but permission is granted to the plaintiff's attorney to perfect an appeal book within the rule after having the order resettled by changing the recital of papers therein.

JAMES R. PIERCE, Respondent, v. EDWARD K. FENNO, Appellant, Impleaded with FRED M. WEBSTER, Respondent.— Interlocutory judgment affirmed, with costs. All concur.

REUBEN MELENKY, Respondent, v. ASHER P. MELEN, Appellant.— Interlocutory judgment and order affirmed, with costs. All concur. [See 206 App. Div. 46.]

COLONIAL CANNING COMPANY, INC., Respondent, v. WESLEY R. GUILE, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur; Davis, J., not sitting.

* Rules of Civil Practice, rule 234.— [REP.